UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

------------------------------------- x
UNITED STATES OF AMERICA            :
                                    :
                                    :
            Plaintiff,              :
                                    : Civil No. 1:12-cv-134 HSO-RHW
        v.                          :
                                    :
STEWART GAMMILL III,                :
                                    :
            Defendant.              :
------------------------------------- x

**NOTICE OF LODGING**

The United States has lodged a Consent Decree with the Court in this civil action. This Consent Decree is subject to the public notice and comment requirements of 28 C.F.R. Section 50.7. Notice of the lodging of this Decree will be published in the Federal Register and the public will have thirty (30) days to comment. However, no action is required of the Court during pendency of the comment period. The United States will evaluate any submitted comments and, thereafter, advise the Court as to any action which we recommend that the Court take. The United States respectfully requests that the Consent Decree not be signed or entered by the Court until a Motion to Enter is submitted.

                                          /s/ Cheryl Ann Luke
                                          CHERYL ANN LUKE (VA Bar ID No. 26331)
                                          Environmental Enforcement Section
                                          Environment and Natural Resources Division
                                          United States Department of Justice
                                          Post Office Box 7611
                                          Washington, D.C.  200044-7611

# CERTIFICATE OF SERVICE

I, Cheryl Ann Luke, do hereby certify that on July 9, 2013, I electronically filed the foregoing with the Clerk of this Court, using the ECF system, which sent notification of such filing to the following:

> Glenn Gates Taylor (MBN 7453)
> Christy M. Sparks (MBN 101381)
> COPELAND, COOK, TAYLOR & BUSH, P.A.
> 600 Concourse, Suite 100
> 1076 Highland Colony Parkway (39157)
> Post Office Box 6020
> Ridgeland, MS 39158
> Ph: 601-856-7200
> Fx: 601-856-7626
> gtaylor@cctb.com
> csparks@cctb.com

By: *s/Cheryl A. Luke*
Cheryl A. Luke, Esq.
U.S. Department of Justice
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: 202.514.5466
Fx: 202.514.2583
cheryl.luke@usdoj.gov